# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00385-CV

**Ruth Ann Beck, Appellant**

**v.**

**Gary G. Beck, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. FM007412, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

Appellant Ruth Ann Beck has filed a motion to dismiss her appeal. This Court previously dismissed the appeal of Gary G. Beck on his motion.

The appeal is dismissed in whole on motion of appellant. Tex. R. App. P. 42.1(a)(2).

Bea Ann Smith, Justice

Before: Justices Kidd, B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: October 3, 2002

Do Not Publish